# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **TONY DeVAUGHN COLEMAN,** | : | |
| Petitioner, | : | |
| v. | : | **CIVIL ACTION 04-0291-CG-M** |
| **JERRY FERRELL,** | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition be **DENIED** and that this action be **DISMISSED** as time-barred.

**DONE and ORDERED** this 17th day of August, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE