# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **TONY DeVAUGHN COLEMAN,** | : | |
| Petitioner, | : | |
| v. | : | **CIVIL ACTION 04-0291-CG-M** |
| **JERRY FERRELL,** | : | |
| Respondent. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent Jerry Ferrell and against Petitioner Tony DeVaughn Coleman.

**DONE and ORDERED** this 17th day of August, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE